**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JESSE DERRICK BOND,     )
                       )
     Plaintiff,     )
                       )
       v.          )   Civil Action No. 05-241
                       )   Judge Cercone
ROHODES, et al.,     )   Magistrate Judge Caiazza
*et al.*,                )
                       )
     Defendants.    )

**ORDER**

The Plaintiff, Jesse Derrick Bond, a prisoner at the State Correctional Institution at Greene, Waynesburg, Pennsylvania, has submitted a complaint for filing in this district, together with a request for leave to proceed in forma pauperis. The request for leave to proceed in forma pauperis having already been granted, the following order is entered:

AND NOW, this   26th   day of August, 2005;

The Clerk is directed to file the complaint.

THE PLAINTIFF IS ADVISED that the grant of in forma pauperis status under 28 U.S.C. §1915 is **ONLY** a waiver of the prepayment of the filing fee and Marshal's fee for service of process. In forma pauperis status **DOES NOT** relieve the Plaintiff of any other expenses involved in this lawsuit. FURTHER, THE PLAINTIFF IS ADVISED that at the conclusion of this lawsuit, if it should end with a result favorable to the defendant, judgment may be entered

against the Plaintiff for all or some of the fees of the Clerk
and Marshal and some or all of the costs incurred by the
defendant in defending this action.

THE PLAINTIFF IS FURTHER ADVISED that Fed.R.Civ.P. 11
requires that any filing signed by any party must comply with
certain standards. Among these is that statements or allegations
of fact must be true or have evidentiary support. This require-
ment applies to the complaint which the Plaintiff has already
submitted for filing as well as to any future filings and submis-
sions by any party.

IT IS FURTHER ORDERED that the United States Marshal is
directed to mail a copy of the complaint, notice of lawsuit and
request for waiver of service of summons, and waiver, as well as
this order to Defendants Louis Folino, William S. Stickman,
Sharon M. Burks, Kenneth Miller, Sharon D'Eletto, and Tshanna C.
Kyler  as directed by the Plaintiff. Costs shall be advanced by
the United States. The Defendants are requested to waive service
pursuant to Rule 4(d).[1] This court will not direct service on
the remaining Defendants until their full names are provided
along with proper instructions for service.

IT IS FURTHER ORDERED that the Plaintiff provide the United
States Marshal a separate "Process Receipt and Return" form (USM-
285) for each defendant (unless he sent properly completed forms
to the Clerk with the complaint). If the Plaintiff does not have

---

1. The Marshal will send the form Notice of Lawsuit and Request for
Waiver of Service of Summons to each Defendant.

sufficient copies of the form to prepare one for each defendant,
he may obtain additional forms from the Clerk of Court.  On this
form he must give the full name and complete home address of each
individual defendant.  If the Plaintiff fails to give the Marshal
correct instructions for mailing to any defendant, his claims
against that defendant may be dismissed pursuant to Federal Rule
of Civil Procedure 4(m).  The Plaintiff is further advised that
no defendant is required to respond to the complaint until he has
accepted a copy of the complaint from the Marshal and waived ser-
vice, or has been served.  Therefore, a motion for default cannot
properly be filed unless the defendant has failed to file an
answer, a motion to dismiss, or a motion for additional time to
respond, within sixty (60) days after the Marshal's notice has
been mailed, if service is waived pursuant to the notice, or
twenty (20) days after being served.

    IT IS FURTHER ORDERED that the Plaintiff shall serve upon
each defendant or, if appearance has been entered by counsel,
upon their attorneys, a copy of every pleading or other document
submitted for consideration by the court and shall include on the
original document filed with the Clerk of Court a certificate
stating the date a true and correct copy of the pleading or docu-
ment was mailed to each defendant or his counsel.  Any pleading
or other document received by a district judge or magistrate
judge which has not been filed with the Clerk or which fails to
include a certificate of service shall be disregarded by the
court.

IT IS FURTHER ORDERED that Plaintiff shall immediately advise the court of any change in address.  Failure to do so may result in dismissal for failure to prosecute if the court and other parties are unable to serve pleadings, orders and other documents upon the Plaintiff.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


August 26, 2005          s/Francis X. Caiazza
                         Francis X. Caiazza
                         U.S. Magistrate Judge

cc:
Jesse Derrick Bond, BZ-2493
SCI Greene
175 Progress Drive
Waynesburg, PA 15370