IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE DERRICK BOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-241 |
| | ) | Judge Cercone |
| ROHODES, et al., | ) | Magistrate Judge Caiazza |
| *et al.*, | ) | In Re: Doc. 7 |
| | ) | |
| Defendants. | ) | |

### ORDER

The Plaintiff's Motion to Stay Order dated August 26, 2005, (Doc. 7) which directed service of his complaint is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

September 7, 2005        s/Francis X. Caiazza
                         FRANCIS X. CAIAZZA
                         UNITED STATES MAGISTRATE JUDGE

cc:
Jesse Derrick Bond, BZ-2493
SCI Greene
175 Progress Drive
Waynesburg, PA 15370