IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
JESSE DERRICK BOND,            )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 05-241
                               )   Judge Cercone
FNU RHODES, et al.,            )   Magistrate Judge Caiazza
et al.,                        )   In Re: Doc. 16
                               )
          Defendants.          )
```

**ORDER**

AND NOW, this 20th day of October, 2005;

The Defendants Lewis S. Folino, Sharon D'Eletto, Kenneth Miller and William S. Stickman having filed a Motion to Dismiss or in the Alternative, a Motion for a More Definite Statement (Doc. 16);

IT IS HEREBY ORDERED that the Defendants shall file a Brief in support of the Motion by November 4, 2005.

IT IS FURTHER ORDERED that the Plaintiff shall be allowed until December 5, 2005, to respond to the Motion.

IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party. Any pleading or other

document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

October 20, 2005                                  s/Francis X. Caiazza
                                                          Francis X. Caiazza
                                                          U.S. Magistrate Judge

cc:
Jesse Derrick Bond, BZ-2493
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Craig E. Maravich, Esq.
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219