IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE DERRICK BOND, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05cv241 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge Cercone |
| FNU RHODES, et al., | ) | Magistrate Judge Caiazza |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on February 23, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 14, 2006, recommended that the Plaintiff's Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction be denied. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Greene, Waynesburg, Pennsylvania, where he is incarcerated, and on the Defendants. No objections have been filed. After review of the pleadings and

documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this \_\_\_8th\_\_\_ day of December, 2006,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction (Document No. 62) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Document No. 69) dated November 14, 2006, is adopted as the opinion of the court.

*/s/ David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc:  Honorable Francis X. Caiazza
United States Magistrate Judge

Jesse Derrick Bond, BZ-2493
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Craig E. Maravich, Esquire
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219